IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:04CR3132 |
| v. | ) | |
| CHRISTOPHER E. DEOLLOS SR., | ) | ORDER |
| Defendant. | ) | |

The Probation Officer has notified me of the death of the defendant. Accordingly,

IT IS ORDERED that this case is closed and supervision is terminated.

DATED this 7th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge